# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

KEITHAN HUNTER                                                                    PETITIONER
Reg. #31595-074

V.                                  NO. 2:15CV00155-JTR

C.V. RIVERA, Warden,                                                              RESPONDENT
FCI-Forrest City

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, WITHOUT PREJUDICE.

DATED this 19th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE